IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JAIME VELA | § § § | |
| Plaintiff, | § § | |
| VS. | § § | C.A. NO. 5:15-CV-239 |
| VOYAGER INDEMNITY INSURANCE COMPANY, AMERICAN RELIABLE INSURANCE COMPANY, VINCENT MARANO, AND HEATHER ERWIN | § § § § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff Jaime Vela and Defendants Voyager Indemnity Insurance Company, American Reliable Insurance Company, Vincent Marano and Heather Erwin file this Joint Stipulation of Dismissal with Prejudice, and would respectfully show the Court as follows:

1. Plaintiff no longer wishes to pursue this matter.

2. Pursuant to Federal Rule of Civil Procedure 41(a), the Parties request the Court enter an Order dismissing all of Plaintiff's claims and causes of action with prejudice.

3. Court costs and attorney fees shall be borne by the party incurring same.

Respectfully submitted,


By:   */s/* William J. McCarthy
      WILLIAM J. MCCARTHY
      SBN 13372500
      KENT LIVESAY
      SBN 00790057
LAW OFFICES OF R. KENT LIVESAY
5319 South McColl Road
Edinburg, Texas 78539
(956) 992-8721
(956) 686-0050 *fax*
melissa@livesaylawfirm.com
**ATTORNEY FOR PLAINTIFF**



By:   */s/ Fred L. Shuchart*
      FRED L. SHUCHART
      SBN 18316250
**COOPER & SCULLY, P.C.**
815 Walker St., Suite 1040
Houston Texas 77002
(713) 236-6800
(713) 236-6880 *fax*
**ATTORNEY FOR DEFENDANTS
VOYAGER INDEMNITY INSURANCE
COMPANY, AMERICAN RELIABLE
INSURANCE COMPANY, VINCENT
MARANO AND HEATHER ERWIN**

## CERTIFICATE OF SERVICE

    A true and correct copy of the above and foregoing document was served on all counsel of record for all parties via ECF on the 18th day of January, 2016.

                                                /s/ *Fred Shuchart*
                                        FRED L. SHUCHART